IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL ZAKHEIM et al., individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>CURB MOBILITY LLC et al.,<br>　　　　Defendants. | CIVIL ACTION<br>No. 22-4594 |

## ORDER

This 8th day of June, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (ECF 22) is **GRANTED in part** and **DENIED in part**.

2. As to Plaintiffs' RICO claims set forth in Counts III and IV, the Motion is **GRANTED** and these claims are **DISMISSED without prejudice.**

3. As to Plaintiffs' unjust enrichment claim under New York law set forth in Count VI, and request for declaratory relief set forth in Count VIII, the Motion is **GRANTED** and these claims are **DISMISSED with prejudice**.

4. As to Plaintiffs' remaining claims, the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge