## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL ZAKHEIM et al., individually and** | : | |
| **on behalf of all others similarly situated,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 22-4594** |
| | : | |
| **CURB MOBILITY LLC et al.,** | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

This 18th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Partial Motion to Dismiss (ECF 29) is **DENIED**, provided, however, that with respect to Plaintiffs' RICO claims set forth in Counts III and IV, they are precluded from defining the enterprise as including any entities beyond the named Defendants.

       /s/ Gerald Austin McHugh
       United States District Judge